**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1249**

CHAN WOONG AN,

            Plaintiff – Appellant,

      v.

BRANCH BANKING & TRUST COMPANY,

            Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie  M.  Brinkema,
District Judge. (1:09-cv-01366-LMB-TCB)

Submitted: May 20, 2010            Decided: June 9, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chan  Woong  An,  Appellant  Pro  Se.    Syed  Mohsin  Reza,  Mary
Catherine  Zinsner,  TROUTMAN  &  SANDERS,  LLP,  McLean,  Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chan Woong An appeals the district court's order granting defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing this action alleging fraud. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. An v. Branch Banking & Trust Co., No. 1:09-cv-01366-LMB-TCB (E.D. Va. filed Jan. 29; entered Feb. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED